# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 53 DB 2022  (24 RST 2022) |
| | : | |
| ROBIN LITWA | : | Attorney Registration No. 52914 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Bucks County) |
|  FROM INACTIVE STATUS | : | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 2nd day of June, 2022, the Report and Recommendation of Disciplinary Board Member dated May 25, 2022, is approved and it is ORDERED that ROBIN LITWA, who has been on Inactive Status, has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.